RECEIVED
IN LAKE CHARLES, LA.
DEC 5 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ROGER THOMPSON, | * CIVIL ACTION NO. 2:13-cv-2841 |
| Petitioner, | * |
| v. | * |
| | * JUDGE MINALDI |
| UNITED STATES OF AMERICA | * |
| Defendant. | * MAGISTRATE JUDGE KAY |

### JUDGMENT

Before the court is the Report and Recommendation [Doc. 5] of the Magistrate Judge previously filed herein, to which the petitioner has filed an Objection [Doc. 6]. The court notes that at the time the petitioner filed his petition for *writ of habeas corpus* [Doc. 1] that the issue of whether *Alleyne v. United States* was retroactive had been decided by the Fifth Circuit, and thus, that issue was foreclosed by circuit law. *In re Kemper,* 735 F.3d 211 (5th Cir. 2013).

Therefore, for the reasons stated in the Report and Recommendation [Doc. 5] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** the petitioner's petition for *writ of habeas corpus* [Doc. 1], as amended by his petition for *writ of habeas corpus* [Doc. 4], be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 4 day of Dec., 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE